**Order entered June 6, 2013**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00712-CV

### ROBERT WINSPEAR, Appellant

### V.

### COCA-COLA REFRESHMENTS, USA, INC. F/K/A
### COCA-COLA ENTERPRISES, INC., Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01740-2012**

## ORDER

We **GRANT** appellee's June 4, 2013 unopposed motion for an extension of time to file a response to the petition for permission to appeal an interlocutory order. We **ORDER** the response tendered to this Court by appellee on June 4, 2013 filed as of the date of this order.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE